**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Patrick W Skinner | : | |
| | : | Case No. 22-13145-PMM |
| Debtor. | : | |

**MOTION TO AVOID LIENS OF THE
PENNSYLVANIA DEPARTMENT OF REVENUE**

Patrick W Skinner (the "Debtor), by and through their undersigned counsel, hereby

submits this Motion to Avoid Liens of the Pennsylvania Department of Revenue ("PA Dept. of

Revnue"), and in support thereof respectfully states the following:

1.      The Debtor filed a voluntary petition for relief under chapter 13 of the bankruptcy

code on November 25, 2022 (the "Petition Date").

2.      The PA Dept. of Revenue holds a judicial lien in the total amount of

approximately $3,210.47 obtained in the Court of Common Pleas of Lancaster County, recorded

on December 20, 2018.

3.      The PA Dept. of Revenue filed Proof of Claim 1-1 the above-captioned chapter

13 case asserting a secured claim in the amount of $ 3,648.62. See a true and correct copy of

Proof of Claim 1-1 attached hereto as Exhibit "A."

4.      The Debtor holds a fifty percent (50%) interest in real property located at 3889

Elizabethtown Road, Manheim, Pennsylvania 17545 (the "Property").

5.      The Property has an estimated value of $ 435,000.00.

6.      First National Bank (the "Mortgagee") holds a claim secured by the Property in

the amount of $ 389,077.76.

7.      The exemptions in the Debtor's assets do not exceed the limits provided under 11

U.S.C. § 522(f).

8.      As a result, the aforesaid lien impairs the Debtor's exemptions allowed

under the bankruptcy code and is avoidable pursuant to 11 U.S.C. § 522(f).


WHEREFORE, the Debtor respectfully requests this Honorable Court enter an

Order avoiding the judicial liens of the Pennsylvania Department of Revnue, and for such

other and further relief as the Court deems just and appropriate.


                                        Respectfully submitted,


Dated: June 26, 2023                    /s/ Brad J. Sadek
                                        Brad J. Sadek, Esquire
                                        Sadek Law Offices
                                        Two Penn Center
                                        1500 JFK Boulevard, Suite 220
                                        Philadelphia, Pennsylvania 19102
                                        (215) 545-0008
                                        brad@sadeklaw.com

                                        *Counsel to the Debtor*