**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| Patrick W Skinner : | |
| : | Case No. 22-13145-PMM |
| Debtor. : | |

## O R D E R

**AND NOW,** upon Motion of the Debtor to avoid judicial liens held by the Internal Revenue Service ("IRS") in personal property and/or real property of the Debtor located at 3889 Elizabethtown Road, Manheim, Pennsylvania 17545

**AND**, the Debtors having asserted that the alleged liens, duly recorded with the Prothonotary of the Court of Common Pleas of Lancaster County, are subject to avoidance pursuant to 11 U.S.C. § 522(f),

**AND**, the Debtor having certified that adequate notice of the Motion was sent to the IRS and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in:

(a) the real property of the Debtor and/or

(b) the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

BY THE COURT:

Date:_____        _____
                                 HONORABLE PATRICIA M MAYER
                                 UNITED STATED BANKRUPTCY JUDGE