UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    PATRICK W. SKINNER               : Chapter 13
                                                    :
        Debtor                      : Bankruptcy No.  22-13145-PMM

## OBJECTION OF CHAPTER 13 TRUSTEE TO DEBTOR'S MOTION TO VACATE DISMISSAL ORDER

    Scott F. Waterman, Esq., Standing Chapter 13 Trustee, by and through his attorney, Rolando Ramos, Esq., objects to the Debtor's Motion to Vacate Order Granting Dismissal of The Chapter 13 Case and in support thereof represents as follows:

    1.    On November 25, 2022, Debtor, Patrick W. Skinner, (herein referred to as "Debtor"), filed a Chapter 13 voluntary petition for bankruptcy.

    2.    On August 30, 2023, the Trustee's Office filed a motion to dismiss for (1) failure to make all plan payments, and also (2) unreasonable delay as defined by 11 U.S.C. Section 1307(c)(1).

    3.    By order dated November 30, 2023, a year from the date of filing, the case was not confirmable and was dismissed due to Debtor's unreasonable delay in confirming a Chapter 13 Plan as defined by 11 U.S.C. § 1307(c)(1).

    4.    Debtor's motion to vacate only alleges Debtor was current in plan payments, and makes no reference as to the undue delay, and/or what amendments will be made to make the case confirmable, should the dismissal order be vacated.

    5.    Prior to the hearing date, on November 28, 2023, Debtor's counsel was sent an email listing a number of issues that needed to be addressed.

1

6.       On the day of the hearing, none of the issues had been addressed, our office had received no response, and neither Counsel nor Debtor appeared at the hearing, thus the motion for dismissal was pressed on grounds of undue delay.

7.       By failing to remedy the issues enumerated on the Trustee's Office email of November 28, 2023, and failing to provide the Trustee's office with the requested documents and/or amendments, Debtor created an unreasonable delay as defined by 11 U.S.C. § 1307(c)(1), and dismissal was proper.

**WHEREFORE**, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, respectfully requests that the Debtors' Motion to Vacate the Dismissal be denied.

Respectfully submitted,

Date: December 11, 2023

*/s/ Rolando Ramos-Cardona*
Rolando Ramos-Cardona, Esq.
for Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606
Telephone:  (610) 779-1313